O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Mark E. Belland, Esquire
      Steven J. Bushinsky, Esquire
      *Attorneys for Plaintiffs*

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUND, and FINISHING TRADES INSTITUTE and HARRY J. HARCHETTS, as Trustee and Fiduciary for DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUNDS, and FINISHING TRADES INSTITUTE,<br><br>                                    *Plaintiffs,*<br>v.<br><br>THOMAS J. BURLEIGH PAINTING, INC.<br>                                    *Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 13cv01137 RMB-KMW<br><br><br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' request for default judgment, *and no opposition having been properly filed* it is on this 2nd day of October, 2013, **ORDERED and ADJUDGED** that Plaintiffs recover from Defendant, Thomas J. Burleigh Painting, Inc., the sum of **$3,300.30**, with interest thereon as provided by law.

_____
RENEE M. BUMB, U.S.D.J.