**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Mark E. Belland, Esquire
        Steven J. Bushinsky, Esquire
        *Attorneys for Plaintiffs*

<table>
<tr><td>

**INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUND , and FINISHING TRADES INSTITUTE and HARRY J. HARCHETTS,** as Trustee and Fiduciary for  DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUNDS, and FINISHING TRADES INSTITUTE,

<em>Plaintiffs,</em>

v.

**THOMAS J. BURLEIGH PAINTING, INC.**

<em>Defendant.</em>

</td><td>

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Civil Action No.: 13cv01137 RMB-KMW

**DEFAULT JUDGMENT**

</td></tr>
</table>

This matter having come before the Court on Plaintiffs' request for default *and no opposition having been properly filed* judgment, it is on this ___2nd___ day of ___October___ , 2013, **ORDERED and**

**ADJUDGED** that Plaintiffs recover from Defendant, Thomas J. Burleigh Painting, Inc., the sum of **$3,300.30**, with interest thereon as provided by law.

_____
RENEE M. BUMB, U.S.D.J.